641

**No. P68/353.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 62/9763, etc. (Philadelphia).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of malleable, tumbled, iron key blanks or key castings, not plated, similar in all material respects to those the subject of *F.B. Vandegrift & Co., Inc.* v. *United States* (56 Cust. Ct. 339, C.D. 2647), the claim of the plaintiff was sustained.

**No. P68/354.**—Kent International *v.* United States, protest 64/1568 (Philadelphia).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of connecting links of not more than 2-inch pitch, containing more than three parts per pitch, valued at 40 cents or more per pound, similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (57 Cust. Ct. 125, C.D. 2740), the claim of the plaintiff was sustained.

**No. P68/355.**—Oxford International Corp. et al. *v.* United States, protests 64/3348–14233, etc. (Chicago).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of manually operated sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiffs was sustained.

**No. P68/356.**—Andrew Dossett Imports, Inc., et al. *v.* United States, protests 67/36092, etc. (Los Angeles).

**No. P68/357.**—F. B. Vandegrift and The Newman Company *v.* United States, protest 67/89565 (Philadelphia).

Richardson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber motorboats similar in all material respects to those the subject of *Andrew Dossett Imp., Inc.* v. *United States* (59 Cust. Ct. 350, C.D. 3167), the claim of the plaintiffs was sustained.